In the Matter of the Claim of ALEXANDER R. RASMUSSER, Respondent, against DIPLOMAT BAR & GRILL, INC., and EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD., Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal by the employer and insurance carrier from an award of disability compensation under the Workmen's Compensation Law. The sole question presented is whether the claimant sustained an accident arising out of and in the course of his employment. On October 9, 1938, the claimant was working as manager of a restaurant and bar at One Hundred and Sixty-first street, Jamaica, Long Island. Part of his duties was to preserve order upon the premises. At about three o'clock A. M., an altercation took place in the restaurant. In seeking to quell the disturbance claimant caused one person to be ejected and another to leave, while a third refused to go. Then as he was making up cash the third person suddenly struck him in the face. The president of his employer ordered him to seize his assailant and hold him for the arrival of the police. In attempting to do so he chased the man out on the sidewalk in front of the restaurant and around a car standing near the curb. In his effort to catch the fugitive he climbed on top of the car and jumped down and was injured. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.

In the Matter of the Claim of HENRY CORCORAN, Deceased, Respondent, against AMERICAN WOODWORKING MACHINERY CO. (YATES-AMERICAN MACHINE COMPANY), Appellant. STATE INDUSTRIAL BOARD, Respondent.— Appeal from a decision of the State Industrial Board which imposed a penalty of twenty per cent upon the employer-appellant for failure to pay an award of compensation within ten days after the withdrawal of an appeal therefrom. (Workmen's Comp. Law, § 25.) The award was made on April 16, 1924, to the two dependent grandchildren of one Henry Corcoran, who died May 2, 1924, from accidental injuries sustained in the course of his employment. An appeal therefrom was taken on May 19, 1924. The record on appeal was printed but the case was never argued. There is in the record, on this appeal, a memorandum made by an Assistant Attorney-General on May 24, 1928, to the effect that the appeal from the original award had been withdrawn. Upon the basis of this memorandum, and the fact that for a period of more than three years nothing had been done by appellant to dispose of the appeal, the State Industrial Board has held that the appeal was withdrawn and fixed the date of withdrawal as of May 24, 1928. Decision unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Bliss, Schenck and Foster, JJ.